| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| AZQ | 010282 | 001318 | | 00000061364 | 1 |

# Earnings Statement





PPL ELECTRIC UTILITIES CORPORATION
TWO NORTH NINTH STREET
ALLENTOWN, PA 18101

Period Beginning: 01/22/2024
Period Ending: 02/04/2024
Pay Date: 02/09/2024

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

JOSEPH A RAGUS JR
1235 FIELDSTONE CT
QUAKERTOWN PA 18951

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 47.1250 | 40.00 | 1,885.00 | 9,425.00 |
| Disability60% | 47.1250 | 40.00 | 1,131.00 | 1,131.00 |
| Meal Allowance | | | | 112.00 |
| Ot Prem 1.5 | | | | 120.45 |
| Ot Prem 2.0 | | | | 104.48 |
| Overtime | | | | 2,409.74 |
| Overtime 2.0 | | | | 2,089.52 |
| **Gross Pay** | | | **$3,016.00** | 15,392.19 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -167.55 | | 1,568.03 |
| Social Security Tax | -171.02 | | 906.41 |
| Medicare Tax | -39.99 | | 211.98 |
| PA State Income Tax | -84.37 | | 447.88 |
| Richland Twp Income Tax | -43.97 | | 233.42 |
| West Rockhil Local Svc Tax | -2.00 | | 6.00 |
| PA SUI Tax | -2.11 | | 10.77 |
| **Other** | | | |
| Accident | -4.48 | | 13.44 |
| Child Life Ins | -0.67 | | 2.01 |
| Crtical Illness | -6.80 | | 20.40 |
| Dent Pre Tax | -22.15* | | 66.45 |
| Dues 1600 | -92.69 | | 185.38 |
| Hosp Indemnity | -7.96 | | 23.88 |
| Med Pre Tax | -225.63* | | 676.89 |
| Spouse Life | -3.18 | | 9.54 |
| Sup Eelfe Psttx | -19.33 | | 57.99 |

| Other | this period | year to date |
|---|---|---|
| Vision Pre Tax | -20.04* | 60.12 |
| 401K Loan 1 | -28.72 | 86.16 |
| 401K Loan 2 | -28.53 | 85.59 |
| 401K Pre- Tax | -90.48* | 458.41 |
| **Net Pay** | **$1,954.33** | |
| Checking | -1,954.33 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,667.95
Your PA taxable wages this period are $2,748.18
Your Richland Twp taxable wages this period are $2,748.18

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 10.25 | 30.75 |
| 401K Empl Sav | 90.48 | 458.41 |

---



PPL ELECTRIC UTILITIES CORPORATION
TWO NORTH NINTH STREET
ALLENTOWN, PA 18101

Advice number: 00000061364
Pay date: 02/09/2024

Deposited to the account of
JOSEPH A RAGUS JR

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3915 | XXXX XXXX | $1,954.33 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| AZQ | 010262 | 000406 | | 0000520050 1 |

## Earnings Statement 



PPL ELECTRIC UTILITIES CORPORATION
645 HAMILTON STREET
SUITE 900
ALLENTOWN, PA 18101

Period Beginning: 12/09/2024
Period Ending:    12/22/2024
Pay Date:         12/27/2024

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Standard Withholding Table

JOSEPH A RAGUS JR
1235 FIELDSTONE CT
QUAKERTOWN PA 18951

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 48.5390 | 80.00 | 3,883.12 | 76,832.92 |
| Meal Allowance | | | 32.00 | 304.00 |
| Ot Prem 1.5 | 48.5390 | 13.00 | 47.33 | 590.06 |
| Overtime | 48.5390 | 13.00 | 946.51 | 11,802.01 |
| Disability60% | | | | 13,798.20 |
| Ot Prem 2.0 | | | | 165.15 |
| Overtime 2.0 | | | | 3,303.00 |
| **Gross Pay** | | | **$4,908.96** | 106,795.34 |

| Other | this period | year to date |
|---|---|---|
| 401K Loan 1 | -28.72 | 746.72 |
| 401K Loan 2 | -28.53 | 741.78 |
| 401K Pre- Tax | -146.31* | 3,194.72 |
| Dues 1600 | | 1,133.12 |
| Exp Settlmnt | | 200.86 |
| **Net Pay** | **$3,428.70** | |
| Checking | -3,428.70 | |
| **Net Check** | **$0.00** | |

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -388.03 | 8,299.75 |
| Social Security Tax | -288.41 | 6,206.38 |
| Medicare Tax | -67.45 | 1,451.49 |
| PA State Income Tax | -142.48 | 3,064.83 |
| Richland Twp Income Tax | -74.26 | 1,597.34 |
| West Rockhil Local Svc Tax | -2.00 | 52.00 |
| PA SUI Tax | -3.44 | 74.76 |
| **Other** | | |
| Accident | -4.48 | 116.48 |
| Child Life Ins | -0.67 | 17.42 |
| Crtical Illness | -6.80 | 176.80 |
| Dent Pre Tax | -22.15* | 575.90 |
| Hosp Indemnity | -7.96 | 206.96 |
| Med Pre Tax | -225.63* | 5,866.38 |
| Spouse Life | -3.18 | 82.68 |
| Sup Eelfe Psttx | -19.72 | 508.82 |
| Vision Pre Tax | -20.04* | 521.04 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $4,505.35
Your PA taxable wages this period are $4,641.14
Your Richland Twp taxable wages this period are $4,641.14

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 10.52 | 270.82 |
| 401K Empl Sav | 146.31 | 3,194.72 |

---



PPL ELECTRIC UTILITIES CORPORATION
645 HAMILTON STREET
SUITE 900
ALLENTOWN, PA 18101

Advice number: 00000520050
Pay date: 12/27/2024

Deposited to the account of
JOSEPH A RAGUS JR

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3915 | xxxx xxxx | $3,428.70 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| AZQ | 010252 | 000408 | | 0000500050  1 |

# Earnings Statement 



PPL ELECTRIC UTILITIES CORPORATION
645 HAMILTON STREET
SUITE 900
ALLENTOWN, PA 18101

Period Beginning: 11/25/2024
Period Ending: 12/08/2024
Pay Date: 12/13/2024

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Standard Withholding Table

JOSEPH A RAGUS JR
1235 FIELDSTONE CT
QUAKERTOWN PA 18951

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 48.5390 | 80.00 | 3,883.12 | 72,949.80 |
| Meal Allowance | | | 16.00 | 272.00 |
| Ot Prem 1.5 | 48.5390 | 6.00 | 21.84 | 542.73 |
| Overtime | 48.5390 | 6.00 | 436.85 | 10,855.50 |
| Disability60% | | | | 13,798.20 |
| Ot Prem 2.0 | | | | 165.15 |
| Overtime 2.0 | | | | 3,303.00 |
| **Gross Pay** | | | **$4,357.81** | 101,886.38 |

| Other | this period | year to date |
|---|---|---|
| Vision Pre Tax | -20.04* | 501.00 |
| 401K Loan 1 | -28.72 | 718.00 |
| 401K Loan 2 | -28.53 | 713.25 |
| 401K Pre- Tax | -130.25* | 3,048.41 |
| Exp Settlmnt | | 200.86 |
| **Net Pay** | | **$2,930.31** |
| Checking | -2,930.31 | |
| **Net Check** | | **$0.00** |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -323.82 | 7,911.72 |
| | Social Security Tax | -254.23 | 5,917.97 |
| | Medicare Tax | -59.46 | 1,384.04 |
| | PA State Income Tax | -125.56 | 2,922.35 |
| | Richland Twp Income Tax | -65.44 | 1,523.08 |
| | West Rockhil Local Svc Tax | -2.00 | 50.00 |
| | PA SUI Tax | -3.05 | 71.32 |
| Other | | | |
| | Accident | -4.48 | 112.00 |
| | Child Life Ins | -0.67 | 16.75 |
| | Crtical Illness | -6.80 | 170.00 |
| | Dent Pre Tax | -22.15* | 553.75 |
| | Dues 1600 | -95.81 | 1,133.12 |
| | Hosp Indemnity | -7.96 | 199.00 |
| | Med Pre Tax | -225.63* | 5,640.75 |
| | Spouse Life | -3.18 | 79.50 |
| | Sup Eelfe Psttx | -19.72 | 489.10 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $3,970.26
Your PA taxable wages this period are $4,089.99
Your Richland Twp taxable wages this period are $4,089.99

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 10.52 | 260.30 |
| 401K Empl Sav | 130.25 | 3,048.41 |



PPL ELECTRIC UTILITIES CORPORATION
645 HAMILTON STREET
SUITE 900
ALLENTOWN, PA 18101

Advice number: 00000500050
Pay date: 12/13/2024

Deposited to the account of
JOSEPH A RAGUS JR

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3915 | xxxx xxxx | $2,930.31 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**