**BUCKS COUNTY INTERMEDIATE UNIT #22**
**705 NORTH SHADY RETREAT RD**
**DOYLESTOWN, PA 18901-**

Date 1/30/2025    V594205

PAY ************************VOID CHECK***************    Amount ***********





To the Order of:
TERRI MARILYN RAGUS
1235 FIELDSTONE COURT
QUAKERTOWN, PA
18951

---

CREATED BY EMPLOYEE ACCESS CENTER
**Statement of Earnings and Deductions**

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| 0005 | 55961 | 1/30/2025 | V594205 | 1/30/2025 |

| Earnings | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|
| Description | Hours | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| HOURLY | 50.50 | 769.12 | 1,195.56 | FICA | 47.69 | 74.13 | 47.69 | 74.13 |
|  |  |  |  | MEDICARE | 11.15 | 17.33 | 11.15 | 17.33 |
|  |  |  |  | FED TAX | .00 | .00 | .00 | 0.00 |
|  |  |  |  | STATE TAX | 23.61 | 36.70 | .00 | 0.00 |
|  |  |  |  | LOCAL TAX | 13.46 | 20.92 | .00 | 0.00 |
|  |  |  |  | PA UC TAX | 0.54 | 0.84 | .00 | 0.00 |
|  |  |  |  | LST-W ROCK | 2.17 | 4.34 | .00 | 0.00 |
|  |  |  |  | RETIREMENT | 42.30 | 65.75 | 260.73 | 405.29 |
|  |  |  |  | HRLY SAVS | 628.20 | 975.55 | .00 | 0.00 |
| **Totals** | 50.50 | 769.12 | 1,195.56 | **Totals** | 769.12 | 1,195.56 | 319.57 | 496.75 |

| Leave | Earned | Taken | End Balance |
|---|---|---|---|

HARLEYSVILLE SAVINGS 231372361    628.20

**Net Pay**    0.00

Employee: TERRI RAGUS

**Tax Information**

|  | Fed | State |
|---|---|---|
| MARITAL STATUS | M | M |
| EXEMPTIONS |  | 0 |

Notes:

BUCKS COUNTY INTERMEDIATE UNIT #22
705 NORTH SHADY RETREAT RD
DOYLESTOWN, PA 18901-

Date 1/15/2025  V593142

Pay  **VOID CHECK**************

Amount 

To the Order of: TERRI MARILYN RAGUS
1235 FIELDSTONE COURT
QUAKERTOWN, PA
18951

CREATED BY EMPLOYEE ACCESS CENTER

**Statement of Earnings and Deductions**

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| 0005 | 55961 | 1/15/2025 | V593142 | 1/15/2025 |

| Earnings | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|
| Description | Hours | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| HOURLY | 28.00 | 426.44 | 426.44 | FICA | 26.44 | 26.44 | 26.44 | 26.44 |
|  |  |  |  | MEDICARE | 6.18 | 6.18 | 6.18 | 6.18 |
|  |  |  |  | FED TAX | .00 | .00 | .00 | 0.00 |
|  |  |  |  | STATE TAX | 13.09 | 13.09 | .00 | 0.00 |
|  |  |  |  | LOCAL TAX | 7.46 | 7.46 | .00 | 0.00 |
|  |  |  |  | PA UC TAX | 0.30 | 0.30 | .00 | 0.00 |
|  |  |  |  | LST-W ROCK | 2.17 | 2.17 | .00 | 0.00 |
|  |  |  |  | RETIREMENT | 23.45 | 23.45 | 144.56 | 144.56 |
|  |  |  |  | HRLY SAVS | 347.35 | 347.35 | .00 | 0.00 |
| **Totals** | 28.00 | 426.44 | 426.44 | **Totals** | 426.44 | 426.44 | 177.18 | 177.18 |

| Leave | Earned | Taken | End Balance |
|---|---|---|---|

HARLEYSVILLE SAVINGS 231372361      347.35

**Net Pay**  0.00

Employee: TERRI RAGUS

Tax Information

|  | Fed | State |
|---|---|---|
| MARITAL STATUS | M | M |
| EXEMPTIONS |  | 0 |

Notes:

**BUCKS COUNTY INTERMEDIATE UNIT #22**
**705 NORTH SHADY RETREAT RD**
**DOYLESTOWN, PA 18901-**

12/30/2024 Date  V592087



Pay ****************VOID CHECK***************  Amount  

To the Order of: TERRI MARILYN RAGUS
1235 FIELDSTONE COURT
QUAKERTOWN, PA
18951

CREATED BY EMPLOYEE ACCESS CENTER
**Statement of Earnings and Deductions**

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| 0005 | 55961 | 12/30/2024 | V592087 | 12/30/2024 |

| Earnings | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|
| Description | Hours | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| HOURLY | 44.75 | 681.54 | 2,196.93 | FICA | 42.26 | 136.22 | 42.26 | 136.22 |
| | | | | MEDICARE | 9.88 | 31.86 | 9.88 | 31.86 |
| | | | | FED TAX | .00 | .00 | .00 | 0.00 |
| | | | | STATE TAX | 20.92 | 67.44 | .00 | 0.00 |
| | | | | LOCAL TAX | 11.93 | 38.46 | .00 | 0.00 |
| | | | | PA UC TAX | 0.48 | 1.54 | .00 | 0.00 |
| | | | | LST-W ROCK | 2.17 | 8.68 | .00 | 0.00 |
| | | | | RETIREMENT | 37.48 | 120.83 | 231.04 | 744.76 |
| | | | | HRLY SAVS | 556.42 | 1,513.22 | .00 | 0.00 |
| **Totals** | 44.75 | 681.54 | 2,196.93 | **Totals** | 681.54 | 1,918.25 | 283.18 | 912.84 |

| Leave | Earned | Taken | End Balance |
|---|---|---|---|

HARLEYSVILLE SAVINGS 231372361    556.42

**Net Pay**: 0.00

Employee: TERRI RAGUS

Tax Information:
|  | Fed | State |
|---|---|---|
| MARITAL STATUS | M | M |
| EXEMPTIONS | | 0 |

Notes:

BUCKS COUNTY INTERMEDIATE UNIT #22
705 NORTH SHADY RETREAT RD
DOYLESTOWN, PA 18901-

Date 12/13/2024  V591033

PAY ******************VOID CHECK***************   Amount  

To the Order of:
TERRI MARILYN RAGUS
1235 FIELDSTONE COURT
QUAKERTOWN, PA
18951

CREATED BY EMPLOYEE ACCESS CENTER
**Statement of Earnings and Deductions**

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| 0005 | 55961 | 12/13/2024 | V591033 | 12/13/2024 |

| Earnings | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|
| Description | Hours | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| HOURLY | 33.00 | 502.59 | 1,515.39 | FICA | 31.16 | 93.96 | 31.16 | 93.96 |
|  |  |  |  | MEDICARE | 7.29 | 21.98 | 7.29 | 21.98 |
|  |  |  |  | FED TAX | .00 | .00 | .00 | 0.00 |
|  |  |  |  | STATE TAX | 15.43 | 46.52 | .00 | 0.00 |
|  |  |  |  | LOCAL TAX | 8.80 | 26.53 | .00 | 0.00 |
|  |  |  |  | PA UC TAX | 0.35 | 1.06 | .00 | 0.00 |
|  |  |  |  | LST-W ROCK | 2.17 | 6.51 | .00 | 0.00 |
|  |  |  |  | RETIREMENT | 27.64 | 83.35 | 170.38 | 513.72 |
|  |  |  |  | HRLY SAVS | 409.75 | 956.80 | .00 | 0.00 |
| **Totals** | 33.00 | 502.59 | 1,515.39 | **Totals** | 502.59 | 1,236.71 | 208.83 | 629.66 |

| Leave | Earned | Taken | End Balance |
|---|---|---|---|

HARLEYSVILLE SAVINGS 231372361      409.75

**Net Pay**   0.00

Employee: TERRI RAGUS

Tax Information:
|  | Fed | State |
|---|---|---|
| MARITAL STATUS | M | M |
| EXEMPTIONS |  | 0 |

Notes: