AZQ 010262 000408 CHR 0000020050

# Earnings Statement



*PPL ELECTRIC UTILITIES CORPORATION*
*645 HAMILTON STREET*
*SUITE 900*
*ALLENTOWN, PA 18101*

Period Beginning: 12/23/2024
Period Ending: 01/05/2025
Pay Date: 01/10/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Standard Withholding Table

**JOSEPH A RAGUS JR**
**1235 FIELDSTONE CT**
**QUAKERTOWN PA 18951**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 48.5390 | 80.00 | 3,883.12 | 3,883.12 |
| Ot Prem 1.5 | 48.5390 | 3.50 | 12.74 | 12.74 |
| Overtime | 48.5390 | 3.50 | 254.83 | 254.83 |
| Gross Pay | | | $4,150.69 | 4,150.69 |

| | |
|---|---|
| Net Pay | $2,773.26 |
| Checking | -2,773.26 |
| Net Check | $0.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -295.43 | 295.43 |
| | Social Security Tax | -241.37 | 241.37 |
| | Medicare Tax | -56.45 | 56.45 |
| | PA State Income Tax | -119.19 | 119.19 |
| | Richland Twp Income Tax | -62.12 | 62.12 |
| | West Rockhil Local Svc Tax | -2.00 | 2.00 |
| | PA SUI Tax | -2.91 | 2.91 |
| | **Other** | | |
| | Accident | -10.74 | 10.74 |
| | Child Life Ins | -0.67 | 0.67 |
| | Crtical Illness | -6.80 | 6.80 |
| | Dent Pre Tax | -22.15* | 22.15 |
| | Dues 1600 | -95.81 | 95.81 |
| | Hosp Indemnity | -7.96 | 7.96 |
| | Med Pre Tax | -225.94* | 225.94 |
| | Spouse Life | -6.36 | 6.36 |
| | Sup Eelfe Psttx | -19.72 | 19.72 |
| | Vision Pre Tax | -20.04* | 20.04 |
| | 401K Loan 1 | -28.72 | 28.72 |
| | 401K Loan 2 | -28.53 | 28.53 |
| | 401K Pre- Tax | -124.52* | 124.52 |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $3,768.56
Your PA taxable wages this period are $3,882.56
Your Richland Twp taxable wages this period are $3,882.56

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 10.52 | 10.52 |
| 401K Empl Sav | 124.52 | 124.52 |

© 2000 ADP, Inc.



PPL ELECTRIC UTILITIES CORPORATION
645 HAMILTON STREET
SUITE 900
ALLENTOWN, PA 18101

**Advice number:** **00000020050**
Pay date: 01/10/2025

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JOSEPH A RAGUS JR | xxxxxx3915 | xxxx xxxx | $2,773.26 |




**NON-NEGOTIABLE**

AZQ 010262 000408 0000080050

# Earnings Statement

ADP



PPL ELECTRIC UTILITIES CORPORATION
645 HAMILTON STREET
SUITE 900
ALLENTOWN, PA 18101

Period Beginning: 02/03/2025
Period Ending: 02/16/2025
Pay Date: 02/21/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Standard Withholding Table

**JOSEPH A RAGUS JR**
**1235 FIELDSTONE CT**
**QUAKERTOWN PA 18951**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 48.5390 | 56.00 | 2,718.18 | 14,367.54 |
| Disability60% | 48.5390 | 24.00 | 698.96 | 698.96 |
| Ot Prem 1.5 | 48.5390 | .50 | 1.82 | 29.12 |
| Overtime | 48.5390 | .50 | 36.40 | 582.46 |
| Gross Pay | | | $3,455.36 | 15,678.08 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -214.49 | 1,074.08 |
| | Social Security Tax | -198.26 | 908.15 |
| | Medicare Tax | -46.37 | 212.39 |
| | PA State Income Tax | -97.85 | 448.38 |
| | Richland Twp Income Tax | -51.00 | 233.69 |
| | West Rockhil Local Svc Tax | -2.00 | 8.00 |
| | PA SUI Tax | -2.41 | 10.97 |
| | **Other** | | |
| | Accident | -10.74 | 42.96 |
| | Child Life Ins | -0.67 | 2.68 |
| | Crtical Illness | -6.80 | 27.20 |
| | Dent Pre Tax | -22.15* | 88.60 |
| | Hosp Indemnity | -7.96 | 31.84 |
| | Med Pre Tax | -225.94* | 903.76 |
| | Spouse Life | -6.36 | 25.44 |
| | Sup Eelfe Psttx | -19.72 | 78.88 |
| | Vision Pre Tax | -20.04* | 80.16 |
| | 401K Loan 1 | -28.72 | 114.88 |
| | 401K Loan 2 | -28.53 | 114.12 |
| | 401K Pre- Tax | -103.66* | 470.34 |

| Other | this period | year to date |
|---|---|---|
| Dues 1600 | | 191.62 |
| Net Pay | $2,361.69 | |
| Checking | -2,361.69 | |
| Net Check | $0.00 | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $3,094.09
Your PA taxable wages this period are $3,187.23
Your Richland Twp taxable wages this period are $3,187.23

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 10.52 | 42.08 |
| 401K Empl Sav | 103.66 | 470.34 |

© 2000 ADP, Inc.



PPL ELECTRIC UTILITIES CORPORATION
645 HAMILTON STREET
SUITE 900
ALLENTOWN, PA 18101

**Advice number:** **00000080050**
Pay date: 02/21/2025

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JOSEPH A RAGUS JR | xxxxxx3915 | xxxx xxxx | $2,361.69 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

AZQ 010262 000408 CHR 0000100050 1

# Earnings Statement

ADP



PPL ELECTRIC UTILITIES CORPORATION
645 HAMILTON STREET
SUITE 900
ALLENTOWN, PA 18101

Period Beginning: 02/17/2025
Period Ending: 03/02/2025
Pay Date: 03/07/2025

JOSEPH A RAGUS JR
1235 FIELDSTONE CT
QUAKERTOWN PA 18951

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 48.5390 | 8.00 | 388.31 | 14,755.85 |
| Disability60% | 48.5390 | 72.00 | 2,096.88 | 2,795.84 |
| Ot Prem 1.5 | | | | 29.12 |
| Overtime | | | | 582.46 |
| Gross Pay | | | $2,485.19 | 18,163.27 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -101.56 | 1,175.64 |
| | Social Security Tax | -138.11 | 1,046.26 |
| | Medicare Tax | -32.30 | 244.69 |
| | PA State Income Tax | -68.06 | 516.44 |
| | Richland Twp Income Tax | -35.47 | 269.16 |
| | West Rockhil Local Svc Tax | -2.00 | 10.00 |
| | PA SUI Tax | -1.74 | 12.71 |
| | **Other** | | |
| | Accident | -10.74 | 53.70 |
| | Child Life Ins | -0.67 | 3.35 |
| | Crtical Illness | -6.80 | 34.00 |
| | Dent Pre Tax | -22.15* | 110.75 |
| | Dues 1600 | -95.81 | 287.43 |
| | Hosp Indemnity | -7.96 | 39.80 |
| | Med Pre Tax | -225.94* | 1,129.70 |
| | Spouse Life | -6.36 | 31.80 |
| | Sup Eelfe Psttx | -19.72 | 98.60 |
| | Vision Pre Tax | -20.04* | 100.20 |
| | 401K Loan 1 | -28.72 | 143.60 |
| | 401K Loan 2 | -28.53 | 142.65 |

| Other | this period | year to date |
|---|---|---|
| 401K Pre- Tax | -74.56* | 544.90 |
| Net Pay | $1,557.95 | |
| Checking | -1,557.95 | |
| Net Check | $0.00 | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,153.02
Your PA taxable wages this period are $2,217.06
Your Richland Twp taxable wages this period are $2,217.06

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 10.52 | 52.60 |
| 401K Empl Sav | 74.56 | 544.90 |

© 2000 ADP, Inc.



PPL ELECTRIC UTILITIES CORPORATION
645 HAMILTON STREET
SUITE 900
ALLENTOWN, PA 18101

Advice number: 00000100050
Pay date: 03/07/2025

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JOSEPH A RAGUS JR | xxxxxx3915 | xxxx xxxx | $1,557.95 |

THIS IS NOT A CHECK

NON-NEGOTIABLE