BUCKS COUNTY INTERMEDIATE UNIT #22
705 NORTH SHADY RETREAT RD
DOYLESTOWN, PA 18901-

2/28/2025 Date   V596330

PAY  **VOID CHECK**************   Amount 

To the Order of:
TERRI MARILYN RAGUS
1235 FIELDSTONE COURT
QUAKERTOWN, PA
18951

CREATED BY EMPLOYEE ACCESS CENTER

**Statement of Earnings and Deductions**

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| 0005 | 55961 | 2/28/2025 | V596330 | 2/28/2025 |

| Earnings | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|
| Description | Hours | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| HOURLY | 44.00 | 670.12 | 2,368.27 | FICA | 41.55 | 146.84 | 41.55 | 146.84 |
| | | | | MEDICARE | 9.72 | 34.34 | 9.72 | 34.34 |
| | | | | FED TAX | .00 | .00 | .00 | 0.00 |
| | | | | STATE TAX | 20.57 | 72.70 | .00 | 0.00 |
| | | | | LOCAL TAX | 11.73 | 41.45 | .00 | 0.00 |
| | | | | PA UC TAX | 0.47 | 1.66 | .00 | 0.00 |
| | | | | LST-W ROCK | 2.17 | 8.68 | .00 | 0.00 |
| | | | | RETIREMENT | 36.86 | 130.25 | 227.17 | 802.84 |
| | | | | HRLY SAVS | 547.05 | 1,932.35 | .00 | 0.00 |
| **Totals** | 44.00 | 670.12 | 2,368.27 | **Totals** | 670.12 | 2,368.27 | 278.44 | 984.02 |

| Leave | Earned | Taken | End Balance |
|---|---|---|---|

HARLEYSVILLE SAVINGS 231372361    547.05

**Net Pay**: 0.00

Employee: TERRI RAGUS

**Tax Information**

| | Fed | State |
|---|---|---|
| MARITAL STATUS | M | M |
| EXEMPTIONS | | 0 |

Notes: