# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania
## Withdrawal / Expungement of Claim

Re:   Joseph A. Ragus Jr.  |  Case:  25-10539

Claim No.: 11-1

Creditor, Discover Bank, hereby notifies the Court that claim **No. 11-1, filed on 04-08-2025** will be or has been withdrawn.

Signed: /s/ Addie Lucas
Discover Bank
PO Box 3025
New Albany, OH 43054-3025
Date: 04/29/2025