WWR# 041866908

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Joseph A. Ragus, Jr.<br>Terri M. Ragus<br><br>                    Debtor(s)<br><br>PSECU<br><br>                    Movant | CASE NO. 25-10539-amc<br><br>CHAPTER 13<br><br>**Hearing Date: 09/02/2025**<br>**Hearing Time: 11:00 AM** |

## ORDER

AND NOW, this __4th__ day of __Sept.__, 2025, upon failure of Debtor(s) to file an answer or otherwise plead or appear (or after hearing held and consideration of all evidence, arguments and briefs of Counsel):

It is ORDERED and DECREEDED that the Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362, is modified to allow the above-captioned Movant to exercise any and all of its remedies under its loan documentation and under state law to proceed with repossession and sale of: 2023 Chevrolet Malibu, VIN #1G1ZG55ST3PF120222

It is FURTHER ORDERED and DECREED that the 14-day stay provided in Fed. Bankr. Rule 4001(a)(4) is waived.

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

CC:
Movant's Counsel:
Milos Gvozdenovic, 5990 West Creek Road, Suite 200, Independence, OH 44131

Debtors:
Joseph A Ragus Jr, 1235 Fieldstone Ct, Quakertown, PA 18951
Teri M Ragus, 1235 Fieldstone Ct, Quakertown, PA 18951

Debtor's Counsel:
Paul H. Young, support@ymalaw.com

Trustee:
Kenneth E. West, ecfemails@ph13trustee.com

United States Trustee, at USTPRegion03.PH.ECF@usdoj.gov