United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 25-10539-amc

Joseph A. Ragus, Jr.                                                          Chapter 13

Terri M. Ragus

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                  Page 1 of 4

Date Rcvd: Jan 14, 2026                    Form ID: 155                        Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph A. Ragus, Jr., Terri M. Ragus, 1235 Fieldstone Court, Quakertown, PA 18951-2456 |
| 14977325 | | PSECU, P.o. Box 1006, Harrisburg, PA 17108 |
| 14983201 | + | Pennymac Loan Services, C/O Denise Carlon, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14977300 | | Email/Text: bankruptcynotice@aspendental.com | Jan 15 2026 00:34:00 | Aspen Dental, PO Box 1578, Albany, NY 12201 |
| 14977301 | ^ | MEBN | Jan 15 2026 00:25:21 | ATI Physical Therapy, 33204 Collection Center Drive, Chicago, IL 60693-0001 |
| 14978359 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 15 2026 00:43:09 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14999440 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 15 2026 00:43:28 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14977298 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 15 2026 00:34:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 14977299 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 15 2026 00:34:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14977302 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 15 2026 00:43:28 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14977303 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 15 2026 00:43:09 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14977304 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 15 2026 00:43:37 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14977305 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 15 2026 00:43:21 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14994362 | | Email/Text: mrdiscen@discover.com | Jan 15 2026 00:34:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14977307 | + | Email/Text: mrdiscen@discover.com | Jan 15 2026 00:34:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 14977306 | + | Email/Text: mrdiscen@discover.com | Jan 15 2026 00:34:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14977309 | ^ | MEBN | Jan 15 2026 00:25:13 | Figure Lending, P.o. Box 40534, Reno, NV |

| | | | | |
|---|---|---|---|---|
| | | | | 89504-4534 |
| 14977308 | ^ | MEBN | Jan 15 2026 00:25:13 | Figure Lending, Attn: Bankruptcy, Po Box 40534, Reno, NV 89504-4534 |
| 14977310 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 15 2026 00:34:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14977311 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 15 2026 00:34:00 | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 15000153 | | Email/Text: mtgbk@shellpointmtg.com | Jan 15 2026 00:34:00 | Green Lake Trust, c/o NewRez LLC d/b/a, P.O. Box 10826, Greenville SC 29603-0826 |
| 14977312 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 15 2026 00:43:26 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14977313 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 15 2026 00:43:35 | Kohl's, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14982601 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 15 2026 00:43:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14977315 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 15 2026 00:43:20 | Lvnv Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 14977314 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 15 2026 00:43:20 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14977316 | | Email/Text: ml-ebn@missionlane.com | Jan 15 2026 00:34:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14977317 | | Email/Text: ml-ebn@missionlane.com | Jan 15 2026 00:34:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 14991547 | + | Email/Text: ecfbnc@aldridgepite.com | Jan 15 2026 00:34:00 | NewRez, LLC, C/O Wendy Locke, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 14977318 | + | Email/PDF: cbp@omf.com | Jan 15 2026 00:43:28 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 14977319 | + | Email/PDF: cbp@omf.com | Jan 15 2026 00:43:09 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14982770 | + | Email/PDF: cbp@omf.com | Jan 15 2026 00:43:27 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14982860 | ^ | MEBN | Jan 15 2026 00:25:10 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14977322 | | Email/Text: ProsperBK@prosper.com | Jan 15 2026 00:34:00 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105 |
| 14984893 | + | Email/Text: bankruptcynotices@psecu.com | Jan 15 2026 00:34:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14977324 | + | Email/Text: bankruptcynotices@psecu.com | Jan 15 2026 00:34:00 | PSECU, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15082970 | + | Email/Text: BKRMailOps@weltman.com | Jan 15 2026 00:34:00 | Pennsylvania State Employees Credit Union, c/o Weltman, Weinberg & Reis Co LPA, 5990 West Creek Road, Suite 200, Independence, OH 44131-2191 |
| 14995734 | + | Email/PDF: ebnotices@pnmac.com | Jan 15 2026 00:43:21 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14977320 | + | Email/PDF: ebnotices@pnmac.com | Jan 15 2026 00:43:21 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14977321 | + | Email/PDF: ebnotices@pnmac.com | Jan 15 2026 00:43:29 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |

District/off: 0313-2 | User: admin | Page 3 of 4
Date Rcvd: Jan 14, 2026 | Form ID: 155 | Total Noticed: 47

| 14977323 | + Email/Text: ProsperBK@prosper.com | | |
| | | Jan 15 2026 00:34:00 | Prosper Funding LLC, 221 Main Street, San Francisco, CA 94105-1906 |
| 14979730 | + Email/Text: bncmail@w-legal.com | | |
| | | Jan 15 2026 00:34:00 | Prosper Funding LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 14993840 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jan 15 2026 00:34:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14998551 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jan 15 2026 00:34:00 | Quantum3 Group LLC as agent for, AXIOM ACQUISITION VENTURES LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14987180 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jan 15 2026 00:34:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 14995353 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jan 15 2026 00:43:29 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14977326 | + Email/Text: support@ymalaw.com | | |
| | | Jan 15 2026 00:34:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 44

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 14994403 | * | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 16, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | |
| | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MILOS GVOZDENOVIC | |
| | on behalf of Creditor PSECU mgvozdenovic@weltman.com  pitecf@weltman.com |

PAUL H. YOUNG

on behalf of Debtor Joseph A. Ragus  Jr. support@ymalaw.com,
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG

on behalf of Joint Debtor Terri M. Ragus support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Joseph A. Ragus Jr. | ) | Case No. 25−10539−amc |
| | ) | |
| Terri M. Ragus | ) | Chapter: 13 |
| | ) | |
| Debtor(s). | ) | |

## <u>ORDER CONFIRMING PLAN UNDER CHAPTER 13</u>

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: January 13, 2026

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court