**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | **JOSEPH A. RAGUS, JR.** | **: CHAPTER 13** |
| | **TERRI M. RAGUS** | **:** |
| | **Debtor(s)** | **: BANKRUPTCY NO. 25-10539AMC** |

**ORDER**

AND NOW, upon consideration of the Debtors' Motion to Modify (docket #50) their Chapter 13 Plan:

It is hereby **ordered** that

1) The Motion (docket #50) is **granted**; and

2) The Modified Plan (doc. #52) is **approved**.

Date: August 11, 2026

ASHELY M. CHAN
CHIEF, U.S. BANKRUPTCY JUDGE